UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRYN MARTIN,

Plaintiff,

v.

ALLSTATE NORTHBROOK
INDEMNITY COMPANY, *et al.*

Defendants.

Case No. 2:20-cv-09602-FLA (PDx)

**ORDER TO SHOW CAUSE WHY
THE COURT SHOULD NOT
DISMISS THIS ACTION DUE TO
SETTLEMENT**

In light of the Notice of Settlement filed in this action, the court ORDERS the parties to submit a joint status report regarding settlement by October 25, 2021.  The court further ORDERS the parties to Show Cause ("OSC") on November 5, 2021 at 1:30 p.m. in Courtroom 6B why the court should not dismiss this action due to the parties' settlement.  The filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 shall constitute a sufficient response to, and will discharge, this OSC.

/ / /

/ / /

1    The final pretrial conference and trial dates are hereby VACATED.

2

3    IT IS SO ORDERED.

4

5    Dated: August 25, 2021

6    _____
     FERNANDO L. AENLLE-ROCHA

7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28